UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBROSE EKUNDAYO,<br><br>        Plaintiff,<br><br>     -v.-<br><br>EXPERIAN INFORMATION SOLUTIONS INC. et al.,<br><br>        Defendants. | 24 Civ. 1490 (JHR)<br><br>ORDER OF DISMISSAL AGAINST TRANS UNION LLC AND EXPERIAN INFORMATION SOLUTIONS INC. |

JENNIFER H. REARDEN, District Judge:

  The Court, having been advised at ECF Nos. 41 and 42, that Plaintiff and Defendants Trans Union LLC and Experian Information Solutions Inc. have reached settlements, hereby ORDERS that Trans Union LLC and Experian Information Solutions Inc. shall be DISMISSED from the above-captioned action, without prejudice to the right to reopen **within 45 days** of the date of this Order if the settlement is not consummated.

  To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any such application filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to Paragraph 6.C of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  The Clerk of Court is directed to terminate all deadlines as to Trans Union LLC and Experian Information Solutions Inc. All prior orders, dates, and deadlines in connection with Plaintiff's claims against Defendant Cenlar FSB shall remain in effect.

  The Clerk of Court is directed not to close the case against Cenlar FSB.

  SO ORDERED.

Dated: December 22, 2024
    New York, New York

                            _____
                               JENNIFER H. REARDEN
                               United States District Judge